Good morning, Your Honors. In the 50s court, we used here Ben Williamson, who was an assistant in Arizona and Tucson, representing former Border Patrol agent, agent Luis Macias, who was tried and convicted for possession of a digital video conspiracy in a petition about the status of security before it actually ended up in the courts in Arizona. And, uh, as a result, we've got five minutes of news, but that's all we're going to talk about. Um, this case is a little bit upscaling from start to finish. Prosecutor in this case, uh, seriously affected by this maturity and over-reputation of the trial. Uh, and there's just a lot of scandal with, uh, his counsel as well as with the court, um, in many ways. Uh, specifically, I think, one of the serious problems of it is the impact that it was going to have on the race. The, uh, the way the activities were being used, uh, was incorporating, uh, APL, and also, uh, traditional industry. So, together, these were things that we part of it. Um, and, uh, I think that anyone of us, or just more than anyone else, is capable of, right now, to, um, um, inquire and prove ourselves. And, uh, we're going to send an email to you, uh, that the, um, the integrity of the trial was so, uh, undermined by, uh, by teenagers that it was very serious. Uh, and, uh, the one that is, um, uh, concerning is that, uh, it's, uh, it's interesting that it was, it was not at all intercepted by, uh, the, the judge's counsel. Uh, it was such a serious event, uh, and a breeze of discussions by the government that, uh, it's easy to see how the defense barbered by the governor's representations is also just, um, a rather cheap way to speak. There was a lot of people at active steps to begin with, and, um, what you're going to see is here, uh, the record is clear that the government intentionally misled the defense. Uh, and you see it in the sentence, and it manages to be, it leads to the breaking. There's quite a lot of debris and hearing. It's, um, it's quite shocking as a former, uh, child, as a kid, to come to the judge's office as a student. And, and there's a small, uh, thing in the, in the record, uh, um, that says the institution essentially, um, is being detained, um, and, and, and, uh, by an exchange. It's a false, um, and he certainly manages to use his authority, uh, to try to bring the government to the law, and, and, and, but the question is, what do we have to make of the new sort of grade level rule? What do we have to make of the new grade level rule that says, essentially, the prosecutor, uh, has, uh, you know, five to ten days each weekend while he's, uh, um, in the, in the, in the, in the case of the first person? Uh, I'm not, I don't believe this is being denied at all. I don't believe this at all. I'm not sure that these two people are prosecutors, and, uh, these two apply, um, and, uh, prosecutors should act like, um, advocates, and, um, not necessarily reveal their identity. Um, and so the question is, where is the law in the U.S. if, if the law is conflicting, it can't be extended far enough to our counties. So, what does that mean? It means, essentially, the first trial, um, because there's the impeachment evidence, which is very powerful in this industry, but there are many theories that defend it also, but it's just an industry-defined jury. He's also lying to people like Jacobson, as you know, that he has a court of attorney to his office, and he defends it. He said, um, so, and it's a reasonable part of the defense, and it's an essential part of the case, but the impeachment, you know, is just an industry-inspired, it's not a support part of the defense theory of the case. And, um, well, because the defense attorney was actually sued, um, by the defense attorney Steve Wallace, who was basically, um, the by-card of many representations when he was in the first court, in the first quarter. The government knew that Wallace was the right officer in the court, but he was still being interceded with, and, and there are rumors that there's like a mystery session going on right now, but, you know, it's a part of the same piece of law, and you bring that to the waters before it's lawful, and you say, well, I thought it was just a mystery, and you bring it back to law, and you say, well, that's true, well, that's true, so it's not retractable, and the defense wanted to do what they meant to do, and that's what the defense attorney did. Um, we are also waiting for the defense attorney's book, Crystal Studios, a little, uh, less interesting than the first trial, but we're going to clear it out on terms of what's going to be the opportunity to engage in a civil court. Everybody knows, everybody's listening to that. People listen to that. It's, it's, it's, you know, everybody's talking about, you know, Mr. Wallace, I remember what the judge told us. Mr. Wallace used to email me every year, and he'd say, you know, something about, before he takes his students, he'd say, you know, I don't think they took their hours, and hours, because, you know, he didn't write a forecast for the student, he was getting all that information, and I go, well, I'm just going to keep it to myself. And he sends me three emails, and I tell him, that's what this guy is. And the more I like him, and the more I think of the empirical statement, and before he takes his students, I tell him, I don't think you're going to see him after he takes his students. But that's when, that's when the more it's, this one's where he's basically blinded. He's really unvoted, and he keeps speaking over, and over, and over, but we can just say, well, there was a, uh, well, that's a false claim. But the question is why, if there's no one's, uh, argument, and the absence of statements, and the absence of evidence, why do we have such a choice of side? We're sitting in a room, and we're trying to discuss this, and if we want to see what science is, we want to see what science is. Why do we have to go to such extremes to try to defend the wrong, wrong, wrong, wrong, wrong, wrong, wrong, wrong, wrong, wrong, it's changing. It's costing students time and spending their time, and their time is a diverging, and this can come with面 And ultimately, governments are basically tyring to solvekus are basically trying to solve things closely together, including students. cues into the students. Do we have a clause that we call identified? Do we have laws that tell people what a covered service is, and what it is, and what it is not? Question? Yeah, I think I got it. Question? Well, since we're still in fall of 2045, we're going to need to still fall off the bar there to listen to the different options that we have. But ultimately, as you can see, the governments are still trying to teach the people in government, to those students, to the faculty, how they should represent them. And the fact that we're not being able to tell them how it should work, that still continues. It's a foretellment that 2022 is where we continue to set up what I think is an infinitesimal height loss, is about 12 elevators. And that's the truth. Maybe there's something that can be discussed. But what can we do about it? Well, to do this, I think we should be interested in the prosecutions held to a higher standard than that of degree. Which would be not so sure. What do you mean? What's the issue? I don't know. I don't know. I don't know. If the. .
judges: Gould, Berzon, Tunheim